# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| DARRELL L. SANDERS, | : | |
| Plaintiff, | : | |
| v. | : | No. 5:09-CV-324 (CAR) |
| TAMALA BROWN, | : | |
| Defendant. | : | |

## ORDER ON THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 12] to deny Petitioner Darrell L. Sanders' Petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2255. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Petitioner's Motion is **DISMISSED,** and a certificate of appealability is hereby **DENIED.**

1

**SO ORDERED,** this 15th day of March, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH